DANIEL G. BOGDEN
United States Attorney
District of Nevada
Nevada State Bar No. 2137
CARLOS A. GONZALEZ
Assistant United States Attorney
333 Las Vegas Blvd. So., #5000
Las Vegas, Nevada  89101
Ph: (702) 388-6336
Fax: (702) 388-6787
E-mail: Carlos.Gonzalez2@usdoj.gov
Attorneys for the United States.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| YANITA KUZOVA, et al., | ) |
| | ) Case No. 2:10-CV-01711-GMN-GWF |
| Plaintiffs, | ) |
| | ) MOTION TO RESET FEDERAL |
| v. | ) DEFENDANTS DUE DATE FOR THE |
| | ) FILING OF AN ANSWER OR |
| UNITED STATES DEPARTMENT OF, | ) APPROPRIATE PLEADING TO |
| HOMELAND SECURITY, et al., | ) PLAINTIFF'S COMPLAINT |
| | ) |
| Defendants. | ) |

**COMES NOW** Defendants, by and through Daniel G. Bogden, United States Attorney for the District of Nevada, and Carlos A. Gonzalez, Assistant United States Attorney, and files the instant MOTION TO RESET FEDERAL DEFENDANTS DUE DATE FOR THE FILING OF AN ANSWER OR APPROPRIATE PLEADING TO PLAINTIFF'S COMPLAINT.

. . .

. . .

. . .

. . .

**STATEMENT OF FACTS**

1. On or around October 2, 2010, plaintiffs filed their Complaint with the Clerk of the Court.

2. On February 2, 2011, plaintiffs filed the returned executed summons for the United States of America, served on January 31, 2011.

3. On February 2, 2011, plaintiffs filed the returned executed summons for federal defendants Eric Holder and Lola Paracua served on January 31, 2011.

4. On February 4, 2011, plaintiffs filed the returned executed summons for the federal defendants Alejandro Mayorkas, Janet Napolitano and the United States Department of Homeland Security served on February 3, 2011.

5. On February 4, 2011, plaintiffs filed the returned executed summons for federal defendant Robert Muller, served on February 4, 2011.

The clerk of the court scheduled defendant United States answer for April 2, 2011 and federal defendants Eric Holder and Lola Paracua's answer for February 21, 2011.

The clerk of the court also scheduled federal defendants Alejandro Mayorkas, Janet Napolitano and the United States Department of Homeland Security's answer for February 24, 2011.

Finally the clerk of the court scheduled federal defendant Robert Muller's answer for February 25, 2011.

...

...

## STATEMENT OF LAW

Plaintiffs mailed a copy of their complaint to defendants on January 29, 2011. (See Exhibit #1)

Pursuant to Fed.R.Civ.P. 5(b)(2)(C), service is complete upon mailing:

> **Service: How made.**
> Mailing to the person's last known address-in which event service is complete upon mailing;

This rule would conclude that defendant's time to answer or otherwise plead to the complaint would commence on January 30, 2011 (the day after service pursuant to Fed.R.Civ.P.6(a)), and would expire on March 30, 2011.

Fed.R.Civ.P. 6(d) would operate to extend such deadline for an additional three (3) days until April 2, 2011.

> **Additional Time after Certain Kinds of Service.**
> When a party may or must act within a specified time after service and service is made under Rule 5(b)(2)(C), (D),(E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

...
...
...
...
...
...
...
...
...

Since April 2, 2011 is a Saturday, defendants deadline to answer or otherwise file an appropriate pleading would have to be extended to April 4, 2011 pursuant to Fed.R.Civ.P. 6(a)(1)(C):

> **Computing and Extending Time; Time for Motion Papers.**
> Computing Time. The following rules apply in computing any time period specified in these rules, in any local rule or court order, or in any statute that does not specify a method of computing time.
>
> . . .
>
> include the last day of the period, but if the last day is a Saturday, Sunday, or legal holiday, the period continues to run until the end of the next day that is not a Saturday, Sunday, or legal holiday.

Defendants in the case at bar are federal agencies and federal officers sued in their official capacities and are therefore entitled to the sixty (60) day period to file their appropriate answer to the complaint, as properly extended by the above-mentioned applicable Federal Rules of Civil Procedure:

Fed.R.Civ.P.12(a)(2) states:

> United States and Its Agencies, Officers, or a United States officer or employee sued only in an official capacity must serve an answer to a complaint, on the United States Attorney

. . .

. . .

. . .

4

## CONCLUSION

Federal defendants deadline to file an answer or appropriate pleading to plaintiffs complaint must be reset to read Monday April 4, 2011.

Therefore, Defendants respectfully request that their due date to file their answer be reset to Monday April 4, 2011.

DATED this 22nd day of February 2011.

Respectfully submitted,
Daniel G. Bogden
United States Attorney

/s/ CARLOS A. GONZALEZ
Carlos A. Gonzalez
Assistant United States Attorney


IT IS SO ORDERED:

*George Foley Jr.*
UNITED STATES MAGISTRATE JUDGE
DATE: February 24, 2011

**PROOF OF SERVICE**

I, CARLOS A. GONZALEZ, AUSA, certify that I caused the following individual to be served on this date with United States' MOTION TO RESET FEDERAL DEFENDANTS DUE DATE FOR THE FILING OF AN ANSWER OR APPROPRIATE PLEADING TO PLAINTIFF'S COMPLAINT by the below identified method of service:

<u>Electronic Case Filing</u>

Peter L. Ashman
Law Offices of Peter L. Ashman
617 S. 8th St., Ste B
Las Vegas, NV 89101-7082
702-735-1112
702-382-7775 (fax)
us@ashmanlaw.com

Nicolette Glazer
Law Offices of Larry R Glazer
1875 Century Park East #700
Suite 700
Century City, CA 90067
310-407-5353
nicolette@glazerandglazer.com

DATED this 22nd day of February, 2011.

                                            <u>/s/ Carlos A. Gonzalez</u>
                                            CARLOS A. GONZALEZ
                                            Assistant United States Attorney

# EXHIBIT 1

RECEIVED
JAN 3 1 2011
BY: _Priority mail_
postdated 29 Jan 11

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEVEDA

YANITA KUZOVA and YAVOR KUZOV, individually and on behalf of all similarly situated individuals

　　　　Plaintiffs

vs.

UNITED STATES DEPARTMENT OF HOMELAND SECURTY, CITIZENSHIP AND IMMIGRATION SERVICES; LOLA PARACUA, in her official capacity as the District Director of the Las Vegas District Office; ERIC HOLDER, Attorney General of the United States; JANET NAPOLITANO, Secretary of Department of Homeland Security, and ALEJANDRO MAYORKAS, Director of the United States Citizenship and Immigration Services; ROBERT MULLER is the Director of the Federal Bureau of Investigation; UNITED STATES OF AMERICA.

　　　　Defendants

Civil Action
CASE NO.: 2:10-cv-1711-GMN-GWF

**CLASS ACTION**

**COMPLAINT FOR ISSUANCE OF A WRIT OF MANDAMUS and FOR DECLARATORY AND INJUNCTIVE RELIEF AND PETITION FOR NATURALIZATION PURSUANT TO 8 USC 1147(b).**

LAW OFFICES OF LARRY R. GLAZER
1875 CENTURY PARK EAST, SUITE #700
CENTURY CITY, CALIFORNIA 90067

Complaint - 1