1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada
   Nevada State Bar No. 2137
3  CARLOS A. GONZALEZ
   Assistant United States Attorney
4  333 Las Vegas Blvd. So., #5000
   Las Vegas, Nevada   89101
5  Ph: (702) 388-6336
   Fax: (702) 388-6787
6  E-mail: Carlos.Gonzalez2@usdoj.gov
7  Attorneys for the United States.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| YANITA KUZOVA, et al., | Case No. 2:10-CV-01711-GMN-GWF |
| Plaintiffs, | |
| v. | **ORDER** |
| UNITED STATES DEPARTMENT OF, HOMELAND SECURITY, et al., | |
| Defendants. | |

This matter comes before this Court pursuant to LR IA 10-3 and Defendant's Motion to Permit Appearance of Government Attorney, which seeks an order permitting Mr. Jeffery S. Robins to appear before this Court representing Defendants on behalf of the United States Department of Justice in all matters relating to the above-captioned case.

Mr. Robins is an attorney with the United States Department of Justice, an agency of the federal government. Mr. Robins is a member of good standing of the highest court of the State of New York.

1     **IT IS THEREFORE ORDERED** that Mr. Jeffery S. Robins is
2 admitted to appear before this Court for all matters relating to
3 the above-captioned case.

4     **IT IS SO ORDERED** this 29th day of March, 2011.

                                               _____
                                               Gloria M. Navarro
                                             United States District Judge

-5-