# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEVEDA

| | |
|---|---|
| YANITA KUZOVA and YAVOR KUZOV, individually and on behalf of all similarly situated individuals<br><br>Plaintiffs<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURTY, et al.<br><br>Defendants | Civil Action<br>CASE NO.: 2:10-cv-01711-CMN-LRL<br><br>JUDGE: NAVARRO<br>MAGISTRATE: JOHNSON<br><br>**PLAINTIFF YAVOR KUZOV'S MOTION FOR DISMISSAL OF COUNT ONE OF THE COMPLAINT AS IT RELATES TO HIM DUE TO NATURALIZATION** |

COMES NOW Plaintiff Yavor Kuzov, through his attorney of record, Nicolette Glazer Esq., and in support of this motion for partial dismissal of this matter state as follows:

1. On 2 October 2010 Yanita Kuzova and Yavor Kuzov, individually and on behalf of all similarly situated individuals, filed a lawsuit against the

1. named defendants in the United State District Court for the Southern District of Nevada, alleging causes of actions for *de novo* judicial determination of application for naturalization pursuant to 8 U.S.C. §1447(b); writ of mandamus for failure to adjudicate a properly filed application for naturalization within 120 days after examination; unreasonable delay under the Administrative Procedures Act, and attorney fees and costs under EAJA.

2. After the filing of the complaint Defendant USCIS granted Plaintiff Yavor Kuzov's application for naturalization, a relief USCIS had previously refused to accord to Plaintiff without good cause. *See* Exhibit A.

//

//

//

//

//

//

//

//

Law Offices of Larry R. Glazer
1875 Century Park East, Suite #700
Century City, California 90067

Motion for Partial Dismissal - 2

WHEREFORE Plaintiff Yavor Kuzov respectfully requests that this Court dismiss Count One of the complaint [8 U.S.C. §1447(b) relief] as it relates to him pursuant to FRAP, Rule 42(b) since the request has been rendered moot by the grant of naturalization.

        Respectfully submitted by

        LAW OFFICES OF LARRY R. GLAZER

        _____*s/Nicolette Glazer*_____

        Nicolette Glazer, CA Bar # 208713
        1875 Century Park East, Suite #700
        Century City, California 90067
        ATTORNEY FOR PLAINTIFFS

**IT IS SO ORDERED** this 5th day of April, 2011.

        _____
        Gloria M. Navarro
        United States District Judge

# CERTIFICATE OF NATURALIZATION

**THE UNITED STATES OF AMERICA**

No. 33789107

USCIS Registration No: A047642887

Personal description of holder as of date of naturalization:
Date of birth: **JANUARY 30, 1990**
Sex: **MALE**
Height: **5** feet **7** inches
Marital status: **SINGLE**
Country of former nationality: **BULGARIA**



(Complete and true signature of holder)

I certify that the description given is true, and that the photograph affixed hereto is a likeness of me.

Be it known that, pursuant to an application filed with the Secretary of Homeland Security

at: **ATLANTA, GEORGIA**

The Secretary having found that

**YAVOR GEORGIEV KUZOV**

residing at: **ATLANTA, GEORGIA**

having complied in all respects with all of the applicable provisions of the naturalization laws of the United States, being entitled to be admitted as a citizen of the United States, and having taken the oath of allegiance at a ceremony conducted by:

**U.S. CITIZENSHIP AND IMMIGRATION SERVICES**

at: **FORT BENNING, GEORGIA**  on: **DEC 0 8 2010**

such person is admitted as a citizen of the United States of America.

Alejandro N. Mayorkas, Director
U.S. Citizenship and Immigration Services

DEPARTMENT OF HOMELAND SECURITY

FORM N-550 (REV. 08/10)