# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| YANITA KUZOVA, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>  Defendants. | Case No.  2:10-cv-01711–JAD–GWF<br><br>**Order Remanding Plaintiff Kuzova's Naturalization Application to USCIS** |

Defendants' Motion to Remand Plaintiff Kuzova's application for naturalization to U.S. Citizenship and Immigration Services (USCIS) pursuant to 8 U.S.C. § 1447(b) was heard on November 15, 2013.  Having carefully considered the pleadings of record and the parties' oral arguments, and with good cause appearing and no reason for delay:

Defendants' Motion to Remand Plaintiff Kuzova's application for naturalization to USCIS [Doc. 69] is GRANTED; Plaintiff Kuzova's application for naturalization is hereby REMANDED to the USCIS for determination with the following instructions: (1) Defendants shall file a status report detailing the status of Kuzova's application and the proceedings undertaken since remand on or before the 45th day following entry of this Order; (2) if USCIS has neither approved nor denied Plaintiff Kuzova's application within

1 the 45 days following the entry of this Order, this Court may reassert jurisdiction (upon

2 Kuzova's filing of a written motion) to determine the matter pursuant to 8 U.S.C. §

3 1447(b).[1]

       Dated:  December 2, 2013.

                                                          _____
                                                          JENNIFER A. DORSEY
                                                          UNITED STATES DISTRICT JUDGE

---

[1] This Order is entered without prejudice to any other rights or remedies that Plaintiff Kuzova may have by law to challenge the USCIS's disposition of her application, as it is not intended in any way to limit such rights, if any.