# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| YANITA KUZOVA, *et al.*, | ) |
| Plaintiffs, | ) Case No. 2:10-cv-01711-JAD-GWF |
| vs. | ) **ORDER** |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*, | ) |
| Defendants. | ) |

This matter is before the Court on Defendants' Motion to Stay Discovery (#95) filed February 11, 2014, Plaintiffs' Response (#99) filed February 28, 2014, and Defendants' Reply (#100) filed March 10, 2014.  The Court conducted a hearing in this matter on March 12, 2014. After considering the papers submitted by the parties, as well as oral argument by counsel, the matter having been submitted following argument for decision, and good cause appearing,

**IT IS HEREBY ORDERED** that Defendants' Motion to Stay Discovery (#95) is granted in part and denied in part.

**IT IS FURTHER ORDERED** that the parties have until **June 10, 2014** to provide written discovery pertaining to Plaintiffs' requests for production of the files relating to Plaintiffs' citizenship applications.  All other discovery is stayed pending the District Court's decision on the Government's pending motion to dismiss.

DATED this 12th day of March, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge