**FILED**

SEP 1 6 2014

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| YANITA KUZOVA, et al., | Case No. 2:10-CV-01711–JAD–GWF |
| Plaintiffs, | **Order Granting** |
| v. | **Defendants' Motion to Dismiss [Doc. 93]** |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al., | |
| Defendants. | |

Based upon the findings and conclusions stated on the record at the September 16, 2014, oral argument, it is **HEREBY ORDERED** that Defendants' Motion to Dismiss **[Doc. 93] is GRANTED** on all counts.  This case is **DISMISSED**.  The clerk is directed to close this case.

DATED:  September 16, 2014.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE